1

2          IN THE UNITED STATES DISTRICT COURT

3         FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7  DIRECTV, INC.,                  No. C 03-2147 SBA

8        Plaintiff.

9    v.                   **ORDER**

                                [Docket Nos. 38, 39, 42]

10  CAREY MANSON,

11        Defendant.

12  ————————————————————

13      This matter is before the Court on Magistrate Judge Larson's Report and Recommendation

14  re: Plaintiff's Motion for Default Judgment Against Defendant Manson [Docket No. 42].  No

15  objections to the report have been filed.

16      Having considered Plaintiff's Motion for Default Judgment, the Magistrate Judge's report, and

17  the recommendations therein, and for good cause appearing, this Court hereby ADOPTS Magistrate

18  Judge Larson's Report and Recommendation re: Plaintiff's Motion for Default Judgment Against

19  Defendant Manson.  The Court finds that default judgment is properly entered against Defendant

20  Manson pursuant to Federal Rule of Civil Procedure 55.  The Court also finds that Plaintiff's complaint

21  entitles Plaintiff to recover damages for Defendant's violation of 47 U.S.C. § 605(a), and that, pursuant

22  to 47 U.S.C. § 605(e)(3)(C)(i)(II), Plaintiff may be awarded statutory damages in the range of $1,000

23  to $10,000 for each violation of 47 U.S.C. § 605(a).  The Court concurs with Magistrate Judge Larson

24  that, in this instance, an award of statutory damages in the amount of $1,000 is appropriate.  The Court

25  also finds that Plaintiff has proven that it is entitled to recover attorney's fees in the amount of $1,641.67

26  pursuant to 47 U.S.C. § 605(e)(3)(B).

27      Accordingly,

28      IT IS HEREBY ORDERED THAT Magistrate Judge Larson's Report and Recommendation re:

**United States District Court**
For the Northern District of California

1   Plaintiff's Motion for Default Judgment Against Defendant Manson [Docket No. 42] is ADOPTED.

2       IT IS FURTHER ORDERED THAT Plaintiff's Motion for Default Judgment Against Defendant

3   Manson [Docket No. 39] is GRANTED.

4       IT IS FURTHER ORDERED THAT final judgment is entered in favor of Plaintiff and against

5   Defendant Carey Manson in the amount of two thousand six hundred forty-one dollars and sixty-seven

6   cents ($2,641.67).

7       IT IS FURTHER ORDERED THAT Plaintiff's Motion to Appear by Telephone at the Case

8   Management Conference [Docket No. 38] is DENIED AS MOOT.  The Clerk shall close the file and

9   terminate any pending matters.

10      IT IS SO ORDERED.

11

12  Dated: 8/29/05                                  SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2